IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNASTASHA AMIDON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　Defendant. | **4:25CV3125**<br><br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the unopposed motion to amend, Filing No. 28, is granted. The final progression order, Filing No. 26, is amended as follows:

1)    The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings remains set with the undersigned magistrate judge on **September 15, 2026** at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):　　　　July 31, 2026.
>
> For the defendant(s):　　　　September 4, 2026.
>
> Plaintiff(s)' rebuttal:　　　　October 2, 2026.

3)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 27, 2026.

4)    The deadline for filing motions to dismiss and motions for summary judgment is December 11, 2026.

1

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 1, 2026.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 11th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge